**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**August 12, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-60040
Summary Calendar

———————————

H.W. BAILEY; J. DENNIS DAVID,

Petitioners

versus

HUBERT HYMEL; DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS
U.S. DEPARTMENT OF LABOR,

Respondents.

--------------------
Petition for Review of the Decision and Order of the Benefits
Review Board
BRB No. 03-0643
--------------------

Before BARKSDALE, EMILO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The petition for review is denied for the reasons given by the

Benefits Review Board.[**]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[**]*See* 5th Cir. R. 47.6.